WATKINS DEVELOPMENT, LLC

v.

C. Delbert HOSEMANN, Jr.

2014–CT–01657–SCT

Supreme Court of Mississippi.

Filed: 11/07/2016

Closed: 01/19/2017

Motion Desc: Petition for Writ of Certiorari

Certiorari—Granted

Chester A. LEIGH

v.

ABERDEEN SCHOOL DISTRICT

2013–CT–02031–COA

Supreme Court of Mississippi.

Filed: 11/08/2016

Closed: 01/19/2017

Motion Desc: Petition for Writ of Certiorari

Certiorari—Denied

Alvin BROWN

v.

STATE of Mississippi

2014–CT–00331–SCT

Supreme Court of Mississippi.

Filed: 11/16/2016

Closed: 01/26/2017

Motion Desc: Petition for Writ of Certiorari

Certiorari—Granted

Paul T. BROWN

v.

Hederman BROTHERS

2014–CT–01553–COA

Supreme Court of Mississippi.

Filed: 10/13/2016

Closed: 01/12/2017

Motion Desc: Appellants Petition for Writ of Certiorari

Certiorari—Denied